Frances L. Elberty v. Robert S. Elberty.—

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.
In the Matter of CHRISTIE B. GARLASCO v. HARRY PALTROWITZ.—